**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA, TUCSON DIVISION

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Scott** <br> First name <br><br> Middle name <br><br> **Simmons** <br> Last name and Suffix (Sr., Jr., II, III) | **Rosario** <br> First name <br><br> Middle name <br><br> **Simmons** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | **Scott P Simmons** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4907 | xxx-xx-7657 |

Case 4:19-bk-04148-BMW    Doc 1    Filed 04/09/19    Entered 04/09/19 14:47:20    Desc
Main Document     Page 1 of 22

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)

EINs

About Debtor 2 (Spouse Only in a Joint Case):

■ I have not used any business name or EINs.

Business name(s)

EINs

**5. Where you live**

**7221 E Calle Arturo**
**Tucson, AZ 85710-3709**
Number, Street, City, State & ZIP Code

**Pima**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |
| District | _____ | When | _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | | Relationship to you _____ |
| District | _____ | When | _____ | Case number, if known _____ |
| Debtor | _____ | | | Relationship to you _____ |
| District | _____ | When | _____ | Case number, if known _____ |

**11. Do you rent your residence?**

- ☐ No.  Go to line 12.
- ■ Yes.  Has your landlord obtained an eviction judgment against you?

  - ■ No. Go to line 12.

  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

---

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Scott Simmons | /s/ Rosario Simmons |
|---|---|
| **Scott Simmons** | **Rosario Simmons** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| **mirosc0528@gmail.com** | **mirosc0528@gmail.com** |
| Email Address of Debtor 1 | Email Address of Debtor 2 |
| Executed on  **April  9, 2019** | Executed on  **April  9, 2019** |
| MM / DD / YYYY | MM / DD / YYYY |

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|
| **If you are not represented by an attorney, you do not need to file this page.** | |

**/s/ Stephen Trezza**                                    Date    **April  9, 2019**
Signature of Attorney for Debtor                                MM / DD / YYYY

**Stephen Trezza**
Printed name

**Arizona Law Group Of Trezza & Assoc LLC**
Firm name

**4011 E Broadway Blvd # 500**
**Tucson, AZ 85711-3451**
Number, Street, City, State & ZIP Code

Contact phone _____            Email address    **attorney7335@gmail.com**

**014682**
Bar number & State

Certificate Number: 15557-AZ-CC-032633386



15557-AZ-CC-032633386

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 7, 2019</u>, at <u>9:54</u> o'clock <u>PM MDT</u>, <u>Scott Simmons</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>April 7, 2019</u>          By:     <u>/s/Tiffany Terrell</u>

                                  Name:   <u>Tiffany Terrell</u>

                                  Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 15557-AZ-CC-032633455



15557-AZ-CC-032633455

# C<small>ERTIFICATE</small> O<small>F</small> C<small>OUNSELING</small>

I CERTIFY that on <u>April 7, 2019</u>, at <u>9:55</u> o'clock <u>PM MDT</u>, <u>Rosario Simmons</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of Arizona</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>April 7, 2019</u>          By:     <u>/s/Tiffany Terrell</u>

                               Name:   <u>Tiffany Terrell</u>

                               Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

3H Financial Group
5028 N Oracle Rd
Tucson, AZ  85704-3750


A L Financial Corp
5151 E Broadway Blvd Ste
Tucson, AZ  85711-3705


Aaron's Sales & Lease
Attn: Bankruptcy
PO Box 100039
Kennesaw, GA  30156-9239


Aarons's Rent
6343 E 22nd St Ste 141
Tucson, AZ  85710-5195


Ace
77 S Kolb Rd
Tucson, AZ  85710-3601


Ad Astra Recovery Serv
7330 W 33rd St N Ste 118
Wichita, KS  67205-9370


AES/PHEAA
Attn: Bankruptcy
1200 N 7th St
Harrisburg, PA  17102-1419

Simmons, Scott

Afni, Inc.
PO Box 3097
Bloomington, IL   61702-3097


AL Financial Corp
7250 N 16th St Ste 400
Phoenix, AZ   85020-5264


Allied Cash
6330 E Golf Links Rd Ste 192
Tucson, AZ   85730-1055


Arizona Department of Revenue
1600 W Monroe St
Phoenix, AZ   85007-2612


Arronrnts
309 E Paces Ferry Rd NE
Atlanta, GA   30305-2367


Aspire Servicing Center
Attn: Bankruptcy
PO Box 659705
West Des Moines, IA   50265-0970


Aspire/doe
PO Box 65970
West Des Moines, IA   50265-0970

Blythe A Edmondson
4525 E Skyline Dr Ste 129
Tucson, AZ  85718-1601


Cash Time Title Loans Inc.
2355 N Swan Rd
Tucson, AZ  85712-2744


Casino Del Sol
5655 W Valencia Rd
Tucson, AZ  85757-9714


Cedarwood Investments LLC
5900 N Granite Reef Rd Ste 100
Scottsdale, AZ  85250-6280


Check Into Cash
7066 E Golf Links Rd
Tucson, AZ  85730-1062


Checksmart
5502 E Pima St Ste 100
Tucson, AZ  85712-3752


Checksmart
5504 E 22nd St Ste 100
Tucson, AZ  85711-5539

Cogent Healthcare Az 566
350 N Wilmot Rd
Tucson, AZ  85711-2602


Conns
Attn: Bankruptcy Department
PO Box 815867
Dallas, TX  75381-5867


Conns Credit Corp
PO Box 2358
Beaumont, TX  77704-2358


Convergent Outsourcing
800 SW 39th St
Renton, WA  98057-4975


Cox Communications
PO Box 1259
Oaks, PA  19456-1259


Creative Car Credit Ll
4006 E Speedway Blvd
Tucson, AZ  85712-4520


Credit Coll
PO Box 607
Norwood, MA  02062-0607

Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX  75240-6837


Cutco
5552 E Water St
Tucson, AZ  85712-2234


David L Siedberg
2412 E Campbell Ave
Phoenix, AZ  85016-4906


Department of Education/Nelnet
Attn: Claims
PO Box 82505
Lincoln, NE  68501-2505


Dept of Education/Neln
3015 S Parker Rd
Aurora, CO  80014-2904


Desert Atriums LLC
8750 E Cooper St
Tucson, AZ  85710-4469


DIRECTV
PO Box 5007
Carol Stream, IL  60197-5007

Enhanced Recovery Co L
PO Box 57547
Jacksonville, FL   32241-7547


Fast Auto Loans
4401 E Broadway Blvd
Tucson, AZ   85711-3507


Fastmed Az
2460 N Swan Rd Ste 140
Tucson, AZ   85712-5703


First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD   57117-5524


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD   57107-0145


Global Payments
PO Box 66118
Chicago, IL   60666-0118


Global Payments Check
PO Box 59371
Chicago, IL   60659-0371

I C System Inc
PO Box 64378
Saint Paul, MN  55164-0378


Infinity Casualty Insurance Co
3160 E Transcon Way
Tucson, AZ  85706-5026


Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326


ITT Educational Services Inc
1455 W River Rd
Tucson, AZ  85704-5829


ITT Institute
1455 W River Rd
Tucson, AZ  85704-5829


James A Landon
2830 N Swan Rd
Tucson, AZ  85712-6306


Jefferson Capital Syst
16 McLeland Rd
Saint Cloud, MN  56303-2198

Kls Financial Services
991 Aviation Pkwy Ste 30
Morrisville, NC  27560-8457


Ksa Servicing
Attn: Bankruptcy Dept
PO Box 90759
Raleigh, NC  27675-0759


Ksaservicing
PO Box 90759
Raleigh, NC  27675-0759


Lobel Financial Corp
Attn: Bankruptcy
PO Box 3000
Anaheim, CA  92803-3000


Lobel Financial Corp
PO Box 3000
Anaheim, CA  92803-3000


Lobel Financial Corporation
333 N Wilmot Rd Ste 150
Tucson, AZ  85711-2684


National Credit System
PO Box 312125
Atlanta, GA  31131-2125

Online Collections
PO Box 1489
Winterville, NC  28590-1489


Pat Delaney
PO Box 40156
Tucson, AZ  85717-0156


Perfect Teeth
6126 E Speedway Blvd
Tucson, AZ  85712-5127


Progressive Leasing
256 W Data Dr
Draper, UT  84020-2315


QC Financial Service
9401 Indian Creek Pkwy Ste 1500
Overland Park, KS  66210-2020


Ready Money
4664 E Speedway Blvd
Tucson, AZ  85712-4634


Receivables Performanc
20816 44th Ave W
Lynnwood, WA  98036-7744

Rent A Center
6990 E 22nd St Ste 100
Tucson, AZ  85710-5192


Rent A Center
6990 E 22nd St
Tucson, AZ  85710-5122


Sanford J Germaine
4040 E Camelback Rd Ste 110
Phoenix, AZ  85018-2736


Security Nat Auto Acce
6951 Sintas Blvd
Mason, OH  45036


Security National Auto
6951 Cintas Blvd
Mason, OH  45040-8923


SEG CORT LLC
770 S Dixie Hwy Fl 2
Coral Gables, FL  33146-2670


Seventh Ave
1112 7th Ave
Monroe, WI  53566-1364

Simmons, Scott

Southwest Financial Services
5632 E Broadway Blvd
Tucson, AZ  85711-3812


Southwest Financial Sv
5632 E Broadway Blvd
Tucson, AZ  85711-3812


Speedy Cash
2351 N Alvernon Way # 100
Tucson, AZ  85712-2583


Sprint
Attn: Bankruptcy
6391 Sprint Pkwy
Overland Park, KS  66251-6100


Syncb/Care Credit
C/o
PO Box 965036
Orlando, FL  32896-5036


Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965060
Orlando, FL  32896-5060

T-Mobile
Attn: Bankruptcy
PO Box 53410
Bellevue, WA  98015-3410


Tbird Coll
7701 E Indian School Rd
Scottsdale, AZ  85251-4041


Thomas T Tilton
459 N Granada Ave
Tucson, AZ  85701-8213


Titan Group Financial Services, Inc
5028 N Oracle Rd
Tucson, AZ  85704-3750


Tucson Electric Power Company
3950 E Irvington Rd
Tucson, AZ  85714-2114


U S Dept of Ed/Gsl/Atl
PO Box 4222
Iowa City, IA  52244-4222


U.S. Department of Education
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN  55116-0408

US Dep Ed
PO Box 5609
Greenville, TX  75403-5609


US Dept of Education
Attn: Bankruptcy
PO Box 16448
Saint Paul, MN  55116-0448


Western Dental
7701 E Broadway Blvd
Tucson, AZ  85710-3941